UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

Renamba, LLC,

                Plaintiff,                                          19 Civ. 6233 (AEK)

      -against-                                           **ORDER**

Red Mortgage Capital, LLC,

                Defendant.
-------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court has been informed that the parties have reached a settlement in principle in this matter. ECF No. 66. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs to any party, and without prejudice to restoring the action to the Court's calendar, provided the application is made within forty-five (45) days of this Order. Any application to reopen that is filed after forty-five (45) days from the date of this Order may be denied solely on that basis.

Dated: March 25, 2022
       White Plains, New York

                                                                       _____
                                                                                     ANDREW E. KRAUSE
                                                                                     United States Magistrate Judge